| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Manglona, Ramona V. | 2. Court or Organization District Court for the Northern Mariana Islands | 3. Date of Report **07/09/2019** |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |
| 7. Chambers or Office Address 123 Koppa di Oru Street P.O. Box 500687 Saipan, MP 96950 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee and beneficiary | Family trust |
| 2. | Managing Member | Mansvilla Properties, LLC (manager-managed) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Spouse's salary- Supreme Court, Northern Mariana Islands |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Guam- cash accounts | A | Interest | K | T | | | | | |
| 2. First Hawaiian Bank cash accounts | | None | K | T | | | | | |
| 3. Sunset Life Insurance (Universal) | A | Interest | J | T | | | | | |
| 4. Rental Property- DFS, Garapan, Saipan, MP (Parcel 1) | D | Rent | N | W | | | | | |
| 5. Rental Property- Sandy Beach, Chalan Kanoa, Saipan, MP | D | Rent | M | W | | | | | |
| 6. Family Trust- lines 7 to 137 | | | | | | | | | |
| 7. - Garapan 1, 2 (8/22/92; $700,000) | | None | O | R | | | | | |
| 8. - Garapan 3 (4/20/79; $25,000) | | None | K | R | | | | | |
| 9. - Navy Hill parcel 1 (12/29/1980; Gov't Land Exchange) | | None | M | W | | | | | |
| 10. - Navy Hill parcel 2 (12/29/1980; Gov't Land Exchange) | | None | M | W | | | | | |
| 11. - Chalan Kanoa parcel 1 (1/21/1964; $2,250) | D | Rent | J | R | | | | | |
| 12. - Chalan Kanoa parcel 2 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |
| 13. - Chalan Kanoa parcel 3 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |
| 14. - Dandan parcel 1 (7/29/1993; $10) | E | Rent | J | R | | | | | |
| 15. - Dandan parcel 2 (1/02/1988; $24,650) | | None | K | R | | | | | |
| 16. - Dandan parcel 3 (7/25/1988; $365,000) | | None | N | R | | | | | |
| 17. - Tuturam parcel 1 (8/27/1987; $70,000) | | None | L | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Tuturam parcel 2 (5/13/1986; $25,000) | None | | K | R | | | | | |
| 19. - Tuturam parcel 3 (8/31/1987; $134,532) | None | | M | R | | | | | |
| 20. - Papago parcel 1 (3/30/1995, $20) | None | | J | R | | | | | |
| 21. - Papago parcel 2 (12/23/1987; $500,000) | None | | N | R | | | | | |
| 22. - Papago parcel 3 (3/17/1988; $25,000) | None | | K | R | | | | | |
| 23. - Papago parcel 4 (4/14/1988; $10,000) | None | | J | R | | | | | |
| 24. - Papago parcel 5 (4/20/1988; $33,000) | None | | K | R | | | | | |
| 25. - As Perdido parcel 1,2 (6/03/1991; $10) | None | | J | R | | | | | |
| 26. - As Perdido parcel 3(11/5/1987; $52,000) | None | | L | R | | | | | |
| 27. - As Perdido parcel 4 (6/3/1987; 4bdrm house &furniture) | None | | M | W | | | | | |
| 28. - As Perdido parcel 5(7/01/1988; $300,000) | None | | N | R | | | | | |
| 29. - Chalan Kiya parcel 1,2 (5/19/1987; $400,000) | None | | N | R | | | | | |
| 30. - San Roque parcel 1(8/30/1993; $100,000) | None | | L | R | | | | | |
| 31. - Finasisu #1,2 (2/1/2000; $50,025) | None | | L | R | | | | | |
| 32. -Finasisu #3 (5/14/2007; Gov't Land Exchange) | None | | J | W | | | | | |
| 33. -Finasisu #4 (5/14/2007; Gov't Land Exchange) | None | | K | W | | | | | |
| 34. -Finasisu #5 (5/14/2007; Gov't Land Exchange) | None | | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Finasisu #6 (10/12/1999; Part of Gov't Land Exchange) | | None | M | W | | | | | |
| 36. -Finasisu #7 (1/13/2010; $9,000) | E | Rent | J | Q | | | | | |
| 37. -Finasisu #8,9,10, 11, 12 (3/16/1991; $300,000) | | None | N | R | | | | | |
| 38. - Tanapag parcel 1 (7/30/1990; $2,000) | | None | J | R | | | | | |
| 39. - San Jose Village parcel 1,2,3 (6/28/2002; $80,000) | | None | L | R | | | | | |
| 40. - Rota property 1 (2/25/1989; $300,000) | | None | N | R | | | | | |
| 41. - Rota property 2 (2/25/1989; $95,000) | | None | L | R | | | | | |
| 42. - Rota property 3 (3/03/1989; $120,000) | | None | M | R | | | | | |
| 43. -Tanapag Parcel 1, 2 (2/27/2009; $10) | | None | J | R | | | | | |
| 44. - Bank of Guam cash accounts | B | Interest | N | T | | | | | |
| 45. - First Hawaiian Bank cash accounts | A | Interest | L | T | | | | | |
| 46. - United Micronesia Development Association (UMDA) | | None | K | U | | | | | |
| 47. - Bank of Guam (nka BankGuam Holdings Co) stock | C | Dividend | M | T | | | | | |
| 48. - Bank of Saipan stock | | None | J | U | | | | | |
| 49. - Saipan Shipping Co. stock | C | Dividend | J | U | | | | | |
| 50. - Saipan Stevedore stock | D | Dividend | J | U | | | | | |
| 51. - Duty Free Shop stock | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Pacific Sky Travel stock | | None | L | U | | | | | |
| 53. - San Roque Beach stock | D | Dividend | J | U | | | | | |
| 54. - M.S. Villagomez stock | G | Dividend | N | U | | | | | |
| 55. - NMDC stock | | None | J | U | | | | | |
| 56. - AES Corp. Sr. NT | A | Interest | | | Sold | 04/02/18 | J | A | |
| 57. - Dolphin Subsidiary II Inc Sr NT | A | Interest | J | T | | | | | |
| 58. - Mirant Americas Generation LLC Sr Nt | | None | | | Sold (part) | 01/11/18 | J | A | |
| 59. -Mirant Americas Generation LLC Sr Nt | | None | | | Sold (part) | 02/02/18 | J | A | |
| 60. -Mirant Americas Generation LLC Sr Nt | | None | | | Sold (part) | 02/05/18 | J | A | |
| 61. -Mirant Americas Generation LLC Sr Nt | | None | | | Sold (part) | 03/06/18 | J | A | |
| 62. -Mirant Americas Generation LLC Sr Nt | | None | | | Sold (part) | 03/20/18 | J | A | |
| 63. -Mirant Americas Generation LLC Sr Nt | | None | | | Sold (part) | 04/06/18 | J | A | |
| 64. -Mirant Americas Generation LLC Sr Nt | | None | | | Sold (part) | 05/04/18 | J | A | |
| 65. -Mirant Americas Generation LLC Sr Nt | | None | | | Sold | 06/06/18 | J | A | |
| 66. - Donnelley RR&Sons | A | Interest | J | T | | | | | |
| 67. - Constellation Brands Inc. Sr Nt | A | Interest | | | Sold | 02/28/18 | J | A | |
| 68. - Teekay Corp Series ISIN | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - United Airlines TRS CMO | A | Interest | J | T | | | | | |
| 70. - Vulcan Matls Co Fixed Rt Nt | A | Interest | | | Redeemed | 01/17/18 | J | A | |
| 71. - Crown Castle Intl. Corp. Sr Nt | A | Interest | J | T | | | | | |
| 72. - CCO Holdings LLC Sr Nt | A | Interest | J | T | | | | | |
| 73. - Centurytel Inc. Sr Nt | A | Interest | J | T | | | | | |
| 74. - Davita Inc Sr Nt | A | Interest | J | T | | | | | |
| 75. - Ferrellgas LP/Ferrellgas Fin Corp Sr Nt | A | Interest | J | T | | | | | |
| 76. - Healthsouth Corp. Gtd Sr Nt | A | Interest | J | T | | | | | |
| 77. - Iron Mtn. Inc. Del SrSub Nt | A | Interest | J | T | | | | | |
| 78. - Lamar Media Corp. Gtd Sr Sub Nt | A | Interest | | | Redeemed | 03/19/18 | J | A | |
| 79. - Range Res Corp. Gtd SrSub Nt | A | Interest | J | T | | | | | |
| 80. - Penske Automotive Group Inc Fixed Rt | A | Interest | J | T | | | | | |
| 81. - Ave Maria Rising Dividend Fund | D | Dividend | L | T | | | | | |
| 82. - Mediacom Broadband Corp Sr Nt | A | Interest | | | Redeemed | 04/02/18 | J | A | |
| 83. - SPDR S&P 500 ETF Tr | C | Dividend | M | T | | | | | |
| 84. - Vanguard Mid Cap ETF | A | Dividend | K | T | | | | | |
| 85. - FT Unit 6385 Dividend Strength 34 Mo FE Ca | D | Dividend | | | Redeemed | 12/05/18 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - FT Unit 6426 PFD Income 87 Mo FE Ca | B | Dividend | | | Sold | 02/13/18 | M | C | |
| 87. -Family Trust Cash Acct 1 held by Ameriprise Financial | A | Interest | L | T | | | | | |
| 88. -Franklin Mutual QUEST Z | C | Dividend | K | T | | | | | |
| 89. - | | | | | Buy (add'l) | 01/16/18 | J | | |
| 90. - | | | | | Buy (add'l) | 02/15/18 | J | | |
| 91. - | | | | | Buy (add'l) | 03/15/18 | J | | |
| 92. - | | | | | Buy (add'l) | 04/16/18 | J | | |
| 93. - | | | | | Buy (add'l) | 05/15/18 | J | | |
| 94. - | | | | | Buy (add'l) | 06/15/18 | J | | |
| 95. - | | | | | Buy (add'l) | 07/16/18 | J | | |
| 96. - | | | | | Buy (add'l) | 08/15/18 | J | | |
| 97. - | | | | | Buy (add'l) | 09/17/18 | J | | |
| 98. - | | | | | Buy (add'l) | 10/15/18 | J | | |
| 99. - | | | | | Buy (add'l) | 11/15/18 | J | | |
| 100. - | | | | | Buy (add'l) | 12/17/18 | J | | |
| 101. - | | | | | Buy (add'l) | 12/26/18 | J | | |
| 102. -ISHS EDGE MSCI MIN ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -ISHARES CORE | A | Dividend | | | Sold | 08/09/18 | K | A | |
| 104. -Vantage Drilling Intl Stapled Unit | | None | J | T | | | | | |
| 105. -Micronesian Construction Co. | | None | J | U | | | | | |
| 106. -Apple Inc. | A | Dividend | K | T | Buy | 01/30/18 | K | | |
| 107. - | | | | | Buy (add'l) | 02/05/18 | K | | |
| 108. -Facebook Inc. Cl A | | None | K | T | Buy | 01/30/18 | K | | |
| 109. - | | | | | Buy (add'l) | 02/09/18 | K | | |
| 110. -Hawaiian Electric Industries | B | Dividend | K | T | Buy | 01/30/18 | J | | |
| 111. - | | | | | Buy (add'l) | 01/30/18 | J | | |
| 112. - | | | | | Buy (add'l) | 02/06/18 | J | | |
| 113. -Johnson & Johnson | A | Dividend | K | T | Buy | 01/30/18 | K | | |
| 114. - | | | | | Buy (add'l) | 02/05/18 | K | | |
| 115. -Microsoft Corp | A | Dividend | L | T | Buy | 01/30/18 | K | | |
| 116. - | | | | | Buy (add'l) | 02/05/18 | K | | |
| 117. - | | | | | Buy (add'l) | 02/09/18 | J | | |
| 118. -Verizon Communications | B | Dividend | K | T | Buy | 01/30/18 | K | | |
| 119. - | | | | | Buy (add'l) | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Amazon.Com Inc. | | None | K | T | Buy | 02/01/18 | J | | |
| 121. - | | | | | Buy (add'l) | 10/11/18 | K | | |
| 122. -Myriad Genetics | | None | | | Buy | 02/02/18 | J | | |
| 123. - | | | | | Buy (add'l) | 02/09/18 | J | | |
| 124. - | | | | | Sold | 03/15/18 | K | A | |
| 125. -Boston Scientific Corp | | None | K | T | Buy | 02/05/18 | J | | |
| 126. -Coca Cola Company | A | Dividend | K | T | Buy | 02/05/18 | J | | |
| 127. - | | | | | Buy (add'l) | 05/03/18 | J | | |
| 128. -iShares Edge MSCI Min Volatility ETF | A | Dividend | K | T | Buy | 02/08/18 | J | | |
| 129. - | | | | | Buy (add'l) | 02/08/18 | J | | |
| 130. -Walt Disney Co | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 131. - | | | | | Buy (add'l) | 08/09/18 | J | | |
| 132. -AT&T Inc. | A | Dividend | K | T | Buy | 08/09/18 | J | | |
| 133. - | | | | | Buy (add'l) | 12/20/18 | J | | |
| 134. -Anheuser Busch Inbev SA | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 135. - | | | | | Buy (add'l) | 09/04/18 | J | | |
| 136. -Netflix Inc | | None | J | T | Buy | 08/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - | | | | | Buy (add'l) | 08/15/18 | J | | |
| 138. Ameriprise ACC Cash Reserve Certificate | A | Interest | J | T | Open | 02/05/18 | M | | |
| 139. Ameriprise ACC Cash Reserve Certificate | A | Interest | | | Redeemed (part) | 02/09/18 | M | | |
| 140. Ameriprise ACC Cash Reserve Certificate | A | Interest | | | Redeemed (part) | 03/27/18 | J | | |
| 141. Ameriprise ACC Cash Reserve Certificate | A | Interest | | | Redeemed (part) | 03/29/18 | J | | |
| 142. Ameriprise Strategic Portfolio and Brokerage Account | | | | | | | | | |
| 143. -Amazon.com | | None | K | T | Buy | 02/09/18 | K | | |
| 144. - | | | | | Buy (add'l) | 03/28/18 | J | | |
| 145. - | | | | | Buy (add'l) | 12/24/18 | K | | |
| 146. -Apple Inc. | A | Dividend | K | T | Buy | 02/09/18 | K | | |
| 147. -. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 148. -Boston Scientific | | None | | | Buy | 02/09/18 | J | | |
| 149. -Boston Scientific | | None | | | Sold | 12/28/18 | J | C | |
| 150. -Coca Cola Company | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 151. -Facebook Inc Cl A | | None | J | T | Buy | 02/09/18 | K | | |
| 152. - | | | | | Buy (add'l) | 11/29/18 | J | | |
| 153. -Janus Henderson Global Equity Income Cl I | A | Dividend | J | T | Buy | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - | | | | | Buy (add'l) | 04/02/18 | J | | |
| 155. - | | | | | Buy (add'l) | 07/02/18 | J | | |
| 156. - | | | | | Buy (add'l) | 10/01/18 | J | | |
| 157. - | | | | | Buy (add'l) | 12/19/18 | J | | |
| 158. - | | | | | Sold (part) | 05/31/18 | J | A | |
| 159. -Hawaiian Electric Industries | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 160. -iShares Core Moderate Allocation ETF | A | Dividend | J | T | Buy | 02/09/18 | K | | |
| 161. -iShares Core Moderate Allocation ETF | A | Dividend | | | Sold (part) | 10/17/18 | K | A | |
| 162. -Johnson & Johnson | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 163. - | | | | | Buy (add'l) | 05/29/18 | J | | |
| 164. -Franklin Mutual Quest Cl Z | A | Dividend | | | Buy | 02/09/18 | J | | |
| 165. - | | | | | Buy (add'l) | 10/09/18 | J | | |
| 166. - | | | | | Buy (add'l) | 12/26/18 | J | | |
| 167. - | | | | | Sold | 12/28/18 | J | A | |
| 168. -Myriad Genetics | | None | | | Buy | 02/09/18 | J | | |
| 169. -Myriad Genetics | | None | | | Sold | 03/15/18 | J | A | |
| 170. -Verizon Communications | A | Dividend | J | T | Buy | 02/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Walt Disney Co | A | Dividend | J | T | Buy | 03/15/18 | J | | |
| 172.  -Netflix Inc. | | None | J | T | Buy | 10/17/18 | K | | |
| 173.  - | | None | K | T | Buy (add'l) | 11/29/18 | K | | |
| 174.  -Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 175.  -Fidelity Money Market Premium Cl | | None | N | T | | | | | |
| 176.  Mansvilla Properties, LLC | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. There are real properties listed in this section. All real properties are located in the Commonwealth of the Northern Mariana Islands (CNMI). Column C(1) does NOT have the current value because the properties have not been appraised recently, and it would be unduly burdensome to have an appraisal done every year. Also, because Article X, Section 5 of the CNMI Constitution prohibits real property taxes, there is no tax assessment value available to use. The acquisition cost or the last appraised value obtained, if available, is used instead.

Part VII, line 7 was blank in 2017 and has been deleted.

Part VII, line 26 was blank in 2017 and has been deleted.

Part VII, line 31 was blank in 2017 and has been deleted.

Part VII, line 40 in 2017 reflected an asset that was sold in 2017 and has been removed from the 2018 report.

Part VII, lines 43 and 44 were blank in 2017 and have been deleted.

Part VII, line 61 was blank in 2017 and has been deleted.

Part VII, lines 62 to 65 in 2017 reflected assets that were sold in 2017 and have been removed from the 2018 report.

Part VII, lines 68 and 69 in 2017 reflected assets that were sold in 2017 and have been removed from the 2018 report.

Part VII, lines 76 to 78 in 2017 reflected assets that were sold in 2017 and have been removed from the 2018 report.

Part VII, line 80 in 2017 reflected an asset that was sold in 2017 and has been removed from the 2018 report.

Part VII, line 83 in 2017 reflected an asset that was sold in 2017 and has been removed from the 2018 report.

Part VII, line 89 in 2017 reflected an asset that was sold in 2017 and has been removed from the 2018 report.

Part VII, line 92 was blank in 2017 and has been deleted.

Part VII, line 94 was blank in 2017 and has been deleted.

Part VII, line 68 was listed as United Rentals North America in 2017. It was sold in 2017 and has been removed from the 2018 report.

Part VII, line 72 was listed as Centurylink in 2017. The name was changed to Centurytel for 2018, as no purchases of Centurytel and no sales of Centurylink were indicated in 2018 on the Ameriprise statement.

Part VII, line 83 was listed as Vanguard Index FDS in 2017. The name was changed to Vanguard Mid Cap ETF for 2018, as no purchases of Vanguard Mid Cap ETF and no sales of Vanguard Index FDS were indicated in 2018 on the Ameriprise statement.

Part VII, lines 6 and 142 are header accounts.

**Part VII, line 176 has been added. Mansvilla Properties LLC was created in late 2018, and in early 2019, received all the Trust's real properties listed in Lines 7 to 43.**

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramona V. Manglona**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544